IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THSIA BRIGGINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | 1:08-CV-01861-KOB |
| ) | |
| ELWOOD TRI, INC. and ) | |
| HONDA MANUFACTURING OF ) | |
| ALABAMA, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER DECERTIFYING COLLECTIVE ACTION

This Fair Labor Standards Act matter comes before the court on Defendants' Motion to Decertify the Collective Action and Dismiss Opt-In Plaintiffs' Claims (doc. 99). For the reasons stated in its accompanying memorandum opinion, the court will GRANT the defendants' motion to decertify. The court, however, will DENY the defendants' motion to dismiss all opt-in plaintiffs. Instead, the court directs the Clerk to sever the causes of action of all plaintiffs except for the named plaintiff, Thsia Briggins, who will remain in this case. The Clerk is to electronically copy the complaint and answer filed in case number 1:08-CV-1861-KOB to the docket of the severed cases. Plaintiffs are to pay the filing fees for each of the severed cases on or before **Thursday, May 31, 2012**. If any severed plaintiff fails to pay the filing fee for his or her severed case as provided above, the court will dismiss his or her case *with prejudice* on **Friday, June 1, 2012**.

The clerk of court is directed to assign all of the severed cases to the undersigned judge, but to withhold drawing a case assignment card for the undersigned judge for such cases until the court

can meet as a whole and decide the appropriate allocation of case assignment credit. All of the above severed cases shall be consolidated for discovery purposes under case number 1:08-CV-1861-KOB, and all motions and pleadings are to be filed under that case.

DONE and ORDERED this 29th day of March, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE